

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00049-CV

## IN THE MATTER OF THE MARRIAGE OF
## ROBERT DALE HALE AND SYAMORIA WILLIAMS

**From the 378th District Court
Ellis County, Texas
Trial Court No. 104678D**

## MEMORANDUM OPINION

The Clerk of this Court notified the parties in an August 30, 2023 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days of the date of the letter. No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed October 5, 2023
[CV06]

